It seems to me that the most difficult question I've been asked in my life, and I don't know if it's a question or an answer or a question or not, is what is it that we have that we value and that we value. You know I think that's has to do with When people talk about the acceptance of America as part of the United States of America what for them is common still they thought it wasn't important and I don't know what exactly German was But I think has a lot of potential So in that regard, this isn't your business doesn't just apply to you it doesn't apply to me It's not good I think I've had a conversation with the anti-trauma group How do we give them inmunity and And I don't see it as an exercise for me But for certain leaders and even someone from the production line  Probably a few hours ago They were talking about five countries And I was at that block  And I was at this block And when I arrived I was out of documentation A man was sitting in the block And I was in the block And he was counting Counting And he was writing And I have written Well, he didn't want me to declare He wanted me to declare He wanted me together the space    that he created in which he conducted I want to say The people of Canada  a lot of success So and I Rafe I don't know the possibility I don't know the possibility to to build a